# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| DEBORAH PEARL ELEAZER | : | NO. 12-408-02 |

## ORDER

**AND NOW**, this 28th day of March, 2014, upon consideration of the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Document No. 45 as amended), the government's response, and after an evidentiary hearing, it is **ORDERED** that the motion is **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability shall not issue because the defendant has not made a substantial showing of the denial of a constitutional right nor demonstrated that reasonable jurists would debate the correctness of this ruling.

    /s/ Timothy J. Savage
TIMOTHY J. SAVAGE,  J.