IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| **v.** | : | **NO. 12-408-02** |
| **DEBORAH PEARL ELEAZER** | : | |

## ORDER

**AND NOW**, this 8th day of May, 2014, upon consideration of the Motion for Reconsideration (Document No. 88), the government's response and the defendant's reply, it is **ORDERED** that the motion is **DENIED**.

          /s/ Timothy J. Savage
          TIMOTHY J. SAVAGE,  J.